July 12, 1979.

419 A.2d 187

Commonwealth v. Irons, Appellant.

 Submitted March 12, 1979. Before Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

Order of the court below affirmed.